UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PETER VASQUEZ,<br><br>      Plaintiff,<br><br>vs.<br><br>CODY DOYLE ET AL,<br><br>      Defendants. | Case No. CV-18-144-M-DLC-JCL<br><br>JUDGMENT IN A CIVIL CASE |

  IT IS ORDERED AND ADJUDGED that judgment is entered against Defendants in favor of Plaintiff in the amount of Seven Thousand Five Hundred Dollars ($7,500.00), inclusive of all damage claims and costs, which costs include but are not limited to attorney's fees.

  Dated this 29th day of November, 2018.

            TYLER P. GILMAN, CLERK

            By: /s/ Annie Puhrmann
            Annie Puhrmann, Deputy Clerk